Penrose &
Watts
1pw 135
Case 1
f38SC 519

; DANIEL BEITLER. and JACOB HOKE *against* GEORGE
ZEIGLER,

### IN ERROR.

The judgment of *quod computet* in an action of account render is interlo-
cutory, upon which a writ of error will not lie.

Error to Adams county.

This was an action of account render, upon which judgment
*quod computet* had been entered by default upon rules to plead, and
at the instance of plaintiff, auditors were appointed, when this
writ of error was sued out; which

*Stevens*, for defendant in error, moved to quash, on the ground
that a judgment *quod computet* is not a final judgment upon which
a writ of error will lie.

Per Curiam.—Let the writ be quashed.